**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW F. WALKER, | No. CIV S-08-1145-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. <u>See</u> 28 U.S.C. § 636(c). This case shall, therefore, be reassigned to the magistrate judge for all further proceedings and entry of final judgment.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

/ / /

/ / /

1     2. The caption on all documents filed in the reassigned case shall show case
2  number No. CIV S-08-1145-CMK-P.

4  DATED: September 23, 2008.

                 _____
6                   FRANK C. DAMRELL, JR.
                 UNITED STATES DISTRICT JUDGE

   I am the United States Magistrate Judge currently assigned to this case.  I accept
reassignment of this case for all further proceedings, including entry of final judgment, by
myself or such other magistrate judge as may be assigned.

DATED: September 23, 2008

                 _____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2