1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW F. WALKER, | No. CIV S-08-1145-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 30, 2008, petitioner filed a form indicating his consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). Respondents filed their form indicating consent on September 19, 2008, and this case was reassigned to the magistrate judge on September 23, 2008. However, on September 24, 2008, respondents filed a form indicating that they actually decline to consent to magistrate judge jurisdiction, effectively revoking their prior consent. The September 23, 2008, order will be vacated and this case will be re-assigned back to the undersigned as the presiding judge. The matter will continued to be referred to the magistrate judge pursuant to this court's local rules.

/ / /

Accordingly, IT IS ORDERED that:

1. The September 23, 2008, order is vacated;

2. The Clerk of the Court is directed to re-assigned this matter back to the undersigned as presiding judge; and

3. The caption on all documents filed in the reassigned case shall show case number No. CIV S-08-1145-FCD-CMK-P.

DATED: October 17, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE